FREDERIC CANN, OSB 781604
CANN LAWYERS, A PROFESSIONAL CORPORATION
111 SW Columbia Street, Suite 650
Portland, Oregon  97201-5872
Telephone: (503) 226-6529
Facsimile: (503) 228-6529
e-mail: fcann@fcann.com

      Attorney for Turner Construction Company and Liberty Mutual Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| ALLIANCE INDUSTRIAL GROUP, INC., an Oregon corporation, | ) ) ) | CASE No. 15-736 |
| Plaintiff, | ) ) ) | NOTICE OF REMOVAL OF CIVIL ACTION BY DEFENDANTS TURNER CONSTRUCTION COMPANY LIBERTY MUTUAL INSURANCE COMPANY |
| v. | ) ) | |
| TURNER CONSTRUCTION COMPANY, a New York corporation; and LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation, | ) ) ) ) ) ) | |
| Defendants. | ) | |

      TO: The Judges and the Clerk of the United States District Court for the District of

Oregon

      PLEASE TAKE NOTICE that Defendants TURNER CONSTRUCTION COMPANY, a

New York corporation; and LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts

PAGE  1 -  NOTICE OF REMOVAL OF CIVIL ACTION BY DEFENDANTS TURNER CONSTRUCTION COMPANY LIBERTY MUTUAL INSURANCE COMPANY

corporation, pursuant to 28 USC §§ 1332, 1441, and 1446, hereby file their Notice of Removal of

the action styled *Alliance Industrial Group, an Oregon corporation, Plaintiff v. Turner*

*Construction Company, a New York corporation and Liberty Mutual Insurance Company, a*

*Massachusetts corporation, defendants*, pending in Washington County Circuit Court as Case

Number C 15 1370 CV, from the Washington County Circuit Court, Oregon, to the United States

District Court for the District of Oregon. The grounds for removal are as follows:

1.      On March 27, 2015, the foregoing action was filed in Washington County Circuit Court,

against the parties above mentioned.  The action seeks money damages in excess of $75,000.

2.      Plaintiff is an Oregon corporation.

3.      Defendant Turner Construction Company is a New York corporation with its principal

place of business in the State of New York and not in the State of Oregon.  Defendant Turner

Construction Company was served with summons and complaint on April 1, 2015.

4.      Defendant Liberty Mutual Insurance Company is a Massachusetts corporation with its

principal place of business in the State of Massachusetts and not in the State of Oregon.

Defendant Liberty Mutual Insurance Company was served with summons and complaitn on April

1, 2015.

5.      The action first became fully diverse and subject to removal on April 1, 2015.

6.      A copy of the Complaint and the Summons are attached hereto as Exhibit A.

7.      No defendant has appeared by filing an appearance of any kind in the Washington County

Circuit Court.

8.      Pursuant to 28 USC § 1446(b), this Notice of Removal is timely filed within thirty (30)

days of the action first becoming removable.

PAGE  2 -  NOTICE OF REMOVAL OF CIVIL ACTION BY
DEFENDANTS TURNER CONSTRUCTION COMPANY LIBERTY
MUTUAL INSURANCE COMPANY

9.      This action maybe removed to this court pursuant to 28 USC § 1441(b) because

this court has original jurisdiction over this action pursuant to 28 USC § 1332(a).  The matter in

controversy exceeds the sum of $75,000, exclusive of interest and costs, and Plaintiff and the

Defendants are citizens of different states, in that Plaintiff is an Oregon corporation, with its

principal place of business in Oregon, defendant Turner Construction Company is a New York

corporation with its principal place of business in New York; defendant Liberty Mutual Insurance

Company is a Massachusetts corporation with its principal place of business in Massachusetts.

10.     The United States District Court for the District of Oregon (Portland Division) is the

"district and division" for actions removed from the circuit court of Washington County, Oregon,

as provided by 28 USC §§ 117; 1446(a) and LR 3.2(a)(1).

11.     Pursuant to 28 USC § 1446(d) a copy of this Notice of Removal is being filed with the

circuit court of the State of Oregon; County of Washington.

12.     Pursuant to 28 USC § 1446(d), removing defendants are providing written notice to

Plaintiff of the removal.

        WHEREFORE, Defendants TURNER CONSTRUCTION COMPANY and LIBERTY

MUTUAL INSURANCE COMPANY hereby remove the action now pending against them in

the circuit court of the State of Oregon, County of Washington, to this Honorable Court, and

request that this Court retain jurisdiction for all further proceedings.

                        DATED this 30th day of April, 2015.

                        CANN LAWYERS, A PROFESSIONAL CORPORATION

                        ___/s/ FREDERIC CANN_____
                        FREDERIC CANN, OSB 781604
                        Attorney for Turner Construction Company and Liberty Mutual Insurance
                        Company

PAGE  3 -  NOTICE OF REMOVAL OF CIVIL ACTION BY
DEFENDANTS TURNER CONSTRUCTION COMPANY LIBERTY
MUTUAL INSURANCE COMPANY