Jan D. Sokol, OSB #780873
jdsokol@lawssl.com
Mario R. Nicholas, OSB #141663
mnicholas@lawssl.com
STEWART SOKOL & LARKIN LLC
2300 SW First Avenue, Suite 200
Portland, OR  97201-5047
Telephone: (503) 221-0699
Facsimile: (503) 223-5706

*Attorneys for Plaintiff Alliance Industrial Group, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ALLIANCE INDUSTRIAL GROUP, INC., an Oregon corporation,<br><br>                              Plaintiff,<br><br>     v.<br><br>TURNER CONSTRUCTION COMPANY, a New York corporation; and LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>                              Defendants. | Case No. 3:15-cv-00736-HZ<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties to this action, by and through counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the dismissal with prejudice of this action, including all claims and counterclaims stated herein against all parties, with each

///

///

///

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE - 1

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR  97201-5047
(503) 221-0699
FAX (503) 223-5706

party to bear its own attorneys' fees and costs.

DATED this 23rd day of May, 2018.

| STEWART SOKOL & LARKIN LLC | CANN LAWYERS, P.C. |
|---|---|
| By: s/ Mario R. Nicholas<br>    Jan D. Sokol, OSB #780873<br>    jdsokol@lawssl.com<br>    Mario R. Nicholas, OSB #141663<br>    mnicholas@lawssl.com<br>    *Attorneys for Plaintiff Alliance*<br>    *Industrial Group, Inc.* | By: s/ Frederic E. Cann<br>    Frederic E. Cann, OSB #781604<br>    fcann@fcann.com<br>    *Attorneys for Defendants Turner*<br>    *Construction Company and Liberty*<br>    *Mutual Insurance Company* |

## ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED this ___ day of _____, 2018

_____
Honorable Judge Marco A. Hernandez

SUBMITTED BY:  s/ Mario R. Nicholas
                Jan D. Sokol, OSB #780873
                jdsokol@lawssl.com
                Mario R. Nicholas, OSB #141663
                mnicholas@lawssl.com
                STEWART SOKOL & LARKIN LLC
                2300 SW First Avenue, Suite 200
                Portland, OR 97201-5047
                Telephone: (503) 221-0699
                *Attorneys for Plaintiff Alliance Industrial Group, Inc.*

JOINT STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE - 2

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** on:

| | |
|---|---|
| Mr. Frederic E. Cann<br>Cann Lawyers PC<br>620 SW Main Street, Suite 205<br>Portland, OR 97205<br>E-mail: fcann@fcann.com<br>Phone: (503) 228-6529<br>Fax: (503) 228-6529<br>*Attorneys for Defendants Turner Construction Company and Liberty Mutual Surety* | Mr. Ronald L. Helmuth<br>Peckar & Abramson, P.C.<br>1875 Century Park East, Suite 550<br>Los Angeles, CA 90067<br>E-mail: rhelmuth@pecklaw.com<br>Phone: (310) 228-1075<br>Fax: (310) 228-1076<br>*Attorneys for Defendants Turner Construction Company and Liberty Mutual Surety* |

by the following indicated method or methods:

☑ by **E-filing** a full, true and correct copy thereof to the attorney, as shown above, at the electronic mail address reflected on the court's CM/ECF system, on the date set forth below.

DATED this 23rd day of May, 2018.

STEWART SOKOL & LARKIN LLC


By: s/ Mario R. Nicholas
Mario R. Nicholas, OSB #141663
mnicholas@lawssl.com
*Attorneys for Plaintiff Alliance Industrial Group, Inc.*

CERTIFICATE OF SERVICE - 1

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706