UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ALLIANCE INDUSTRIAL GROUP, INC., an Oregon corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>TURNER CONSTRUCTION COMPANY, a New York corporation; and LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>　　　　　　　　　　Defendants. | Case No. 3:15-cv-00736-HZ<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　　The parties to this action, by and through counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the dismissal with prejudice of this action, including all claims and counterclaims stated herein against all parties, with each

///

///

///

JOINT STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE - 1

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706

party to bear its own attorneys' fees and costs.

DATED this 23rd day of May, 2018.

STEWART SOKOL & LARKIN LLC    CANN LAWYERS, P.C.

By: s/ Mario R. Nicholas
   Jan D. Sokol, OSB #780873
   jdsokol@lawssl.com
   Mario R. Nicholas, OSB #141663
   mnicholas@lawssl.com
   *Attorneys for Plaintiff Alliance Industrial Group, Inc.*

By: s/ Frederic E. Cann
   Frederic E. Cann, OSB #781604
   fcann@fcann.com
   *Attorneys for Defendants Turner Construction Company and Liberty Mutual Insurance Company*

## ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED this 25 day of May, 2018

_____
Honorable Judge Marco A. Hernandez

SUBMITTED BY:   s/ Mario R. Nicholas
   Jan D. Sokol, OSB #780873
   jdsokol@lawssl.com
   Mario R. Nicholas, OSB #141663
   mnicholas@lawssl.com
   STEWART SOKOL & LARKIN LLC
   2300 SW First Avenue, Suite 200
   Portland, OR  97201-5047
   Telephone: (503) 221-0699
   *Attorneys for Plaintiff Alliance Industrial Group, Inc.*

JOINT STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE - 2

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR  97201-5047
(503) 221-0699
FAX (503) 223-5706