IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ALLIANCE INDUSTRIAL GROUP, INC., an Oregon corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>TURNER CONSTRUCTION COMPANY, a New York corporation; and LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>            Defendants. | No. 3:15-cv-00736-HZ<br><br>JUDGMENT |

HERNÁNDEZ, District Judge:

Based on the parties' stipulation, it is ORDERED AND ADJUDGED that this case is dismissed with prejudice.

DATED this __29__ day of __May__, 2018.

_____
MARCO A. HERNÁNDEZ
United States District Judge

1 – JUDGMENT